

## NUMBER 13-19-00069-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

CALLE NARANJO, LLC, Appellant,

v.

RAUL COSS BU AND CONSTRUCTORA
COSS BU, S.A. DE C.V., Appellees.

## On appeal from the 206th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Hinojosa**
**Memorandum Opinion by Justice Benavides**

Appellant, Calle Naranjo, LLC, filed an accelerated appeal from an order entered by the 206th District Court of Hidalgo County, Texas, in cause number C-4616-15-D. Appellant has filed an unopposed motion to dismiss the appeal on grounds the appeal is now moot. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
30th day of May, 2019.